IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANDRE C. HOLMES : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00365 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| GENERAL ELECTRIC : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Accordingly, the Court hereby ADOPTS the Magistrate Judge's report (doc. 62), AFFIRMS the Magistrate Judge's recommended decision, GRANTS Defendant's motion for summary judgment (doc. 52), DENIES Plaintiff's motion for summary judgment (doc. 53), and DISMISSES this case from the Court's docket.

3/22/06                                                                 James Bonini, Clerk


                                                                        s/Kevin Moser
                                                                        Deputy Clerk